UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE LIBERTY TAX, INC. SECURITIES
LITIGATION

                                                                          JUDGMENT
                                                                          17-CV-07327 (NGG) (RML)

------------------------------------------------------------ X

       A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on January 17, 2020, granting Defendants' motion to dismiss; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that judgment is hereby entered in favor of the Defendants.


Dated: Brooklyn, NY                                          Douglas C. Palmer
       January 21, 2020                                    Clerk of Court

                                                              By:    /s/*Jalitza Poveda*
                                                                          Deputy Clerk